**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 10-cv-3266

ADM Investor Services, Inc.
v.
Fluxo-Cane Overseas, Ltd. and Manoel Fernando Garcia

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Movant ADM Investor Services, Inc.

| | |
|---|---|
| NAME (Type or print) John C. Gekas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John C. Gekas | |
| FIRM Gekas Law LLP | |
| STREET ADDRESS 11 S. LaSalle St., Ste 1700 | |
| CITY/STATE/ZIP Chicago, IL 60093 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281446 | TELEPHONE NUMBER 312-726-4501 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |