MHN

**FILED**
6-4-2010
JUN X 4 2010 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10C3266

| Registered No. R390326??? | | | Date Stamp 10C3266 |
|---|---|---|---|
| Reg. Fee $11.?0 | | | 0041 |
| Handling Charge $0.00 | Return Receipt $2.30 | | 16 |
| Postage $5.19 | Restricted Delivery $0.00 | | 06/04/10 |
| Received by | | | |
| Customer Must Declare Full Value $$0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

**OFFICIAL USE**

FROM:
OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TO:
Fluxo-Cane Overseas, Ltd.
2d Floor Abbott Building
Road Town, Tortola
British Virgin Islands

PS Form 3806, Receipt for Registered Mail    Copy 2 - Post Office
May 2007 (7530-02-000-9051)